## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN MORRIS ANDERSON** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **No. 22-cv-5084** |
| | : | |
| | : | |
| **J.P. MORGAN CHASE BANK** | : | |
| | : | |

## ORDER

    **AND NOW,** this 29th day of March, 2024, upon consideration of Defendant's Motion to Dismiss For Failure to State a Claim (ECF No. 10) and Plaintiff's response thereto, it is hereby **ORDERED** that Defendant's motion is **GRANTED.** The Complaint is dismissed in its entirety.

BY THE COURT:

Hon. Mia Roberts Perez